UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUFIAN ALI MOHAMMAD BANISAID

                Plaintiff,                Case No. 15-CV-3468 (FB)(CLP)

-against-

                                            **STIPULATION AND ORDER OF**
7-ELEVEN, INC. d/b/a 7-ELEVEN, B.G.D.C., INC    **DISMISSAL**
d/b/a 7-ELEVEN, BURAK "DOE last name being
fictitious and unknown, ROSE "DOE" last day being
fictitious and unknown and CIG GALIZAR,

                Defendants.
------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel that in accordance with Rule 41 of the Federal Rules of Civil Procedure, the above action be dismissed with prejudice and without costs or attorneys' fees to either party.

      The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: December 17, 2015

| | |
|---|---|
| **Geroulakis Law, P.C.**<br>*Attorneys for Plaintiff* | **Demetrios Adamis, Esq**<br>*Attorneys for Defendants*<br>*B.G.D.C., Inc. and Cig Galizar* |
| By: /s/ Andreas Geroulakis<br>Andreas Geroulakis, Esq.<br>88 Church Avenue<br>Brooklyn, New York 11218 | By: /s/ Demetrios Adamis<br>Demetrios Adamis, Esq.<br>61-43 186th Street<br>Fresh Meadows, NY 11365 |

**Franklin, Gringer & Cohen, P.C.**
*Attorneys for Defendant*
*7-Eleven, Inc.*

By: _____/s/_____  11/14/15
Joshua Marcus, Esq.
666 Old Country Road, #202
Garden City, NY 11530

**SO ORDERED:**

/s/ Cheryl Pollak
_____
12/22/15